MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
JUL - 2 2009
E. ROBINSON, CLER
DISTRICT COURT
CENTRAL DISTRICT OF ILLINO

| United States District Court *ILLINOIS* | District *CENTRAL – PEORIA DIVISION* |
|---|---|
| Name (under which you were convicted): *LARRY J. CAFFIE* | Docket or Case No.: *06 CR 10029* |
| Place of Confinement: *U.S.P. LEE COUNTY* *P.O. BOX 305 JONESVILLE, V.A. 24263-0305* | Prisoner No.: *13472-026* |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. *LARRY J. CAFFIE* | |

*09-1231*

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   *UNITED STATES DISTRICT COURT*
   *CENTRAL DISTRICT OF ILLINOIS*
   *100 N.E. MONROE  PEORIA, IL  61602*

   (b) Criminal docket or case number (if you know): *06 CR 10029*

2. (a) Date of the judgment of conviction (if you know): *05/29/07*

   (b) Date of sentencing: *02/07/08*

3. Length of sentence: *COUNTS 1-3  168 MONTHS / COUNT 4  LIFE*

4. Nature of crime (all counts): _____
   *CONTROLLED SUBSTANCES*

5. (a) What was your plea? (Check one)
   (1). Not guilty ☒        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

     If "Yes," answer the following:

     (1) Docket or case number (if you know): _____

     (2) Result: _____

_____

     (3) Date of result (if you know): _____

     (4) Citation to the case (if you know): _____

     (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

     Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _____

     (2) Docket or case number (if you know): _____

     (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ☐   No ☒

(2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States.  Attach additional pages if you have more
than four grounds.  State the <u>facts</u> supporting each ground.

GROUND ONE: _THE GOVERNMENT FAILED TO COMPLY WITH 21 U.SC. 851 (A)_

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

IT WAS ERROR FOR THE COURT TO SENTENCE THE DEFENDANT TO ENHANCED PENALTIES PURSUANT
TO 21 U.SC. 851 WHEN THE GOVERNMENT DID NOT SATISFY THE STRICT MANDATORY LANGUAGE OF
851(A), AS REQUIRED, THE PARTICULAR CONVICTIONS "TO BE RELIED UPON" USED BY THE GOVERNMENT
DO NOT EXIST. THE GOVERNMENT RELIED ON TWO PRIOR CONVICTIONS FOR DELIVERY OF A CONTROLLED SUBSTANCE
WHEREAS THE DEFENDANT HAS NEVER BEEN CHARGED WITH DELIVERY OF A CONTROLLED SUBSTANCE NOR CONVICTED OF
THE SAME AS STATED IN THE GOVERNMENTS INFORMATION. THIS VOIDS THE GOVERNMENTS TIMELINESS OF
THE INFORMATION BECAUSE OF THE MANDATORY REQUIREMENT TO IDENTIFY THE CONVICTIONS TO BE RELIED
UPON. IF THE GOVERNMENTS INFORMATION IS CONSIDERED TO HAVE CLERICAL ERRORS THOSE ERRORS
MUST HAVE BEEN AMENDED PRIOR TO PRONOUNCEMENT OF THE DEFENDANTS SENTENCE AS
REQUIRED BY 851 (A) AND THE GOVERNMENT MUST SHOW THE ERRORS WERE INADVERTANT.
THIS ALONE DEEMS THE ENTIRE INFORMATION VOID. _____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _ATTORNEY HANNAH_
_GARST FILED AN ANDERS BRIEF._ _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: _____

_____

_____

_____

_____

GROUND TWO: _THE COURT FAILED TO COMPLY WITH 21 U.S.C. 851 (B)_

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

IT WAS ERROR FOR THE COURT TO SENTENCE DEFENDANT TO ENHANCED
PENALTIES WITHOUT INQUIRING WITH THE DEFENDANT ABOUT HIS PRIOR CONVICTIONS
AS MANDATED BY 851 (B). THE INFORMATION FILED BY THE GOVERNMENT STATED NO DATE
OF ACTUAL CONVICTION SO IT WAS NOT READILY APPARENT WHETHER THE ALLEGED CONVICTIONS
WERE MORE THAN FIVE YRS. OLD. HAD THE COURT GIVEN THE DEFENDANT A CHANCE TO AFFIRM
OR DENY HIS PRIOR CONVICTIONS AS ALLEGED, THE COURT WOULD HAVE KNOWN THAT
THE GOVERNMENT USED TWO PRIOR CONVICTIONS THAT DO NOT EXIST.

_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _ATTORNEY HANNAH_ _GARST FILED AN ANDERS BRIEF._ _____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: *THE COURT ERRED IN SENTENCING DEFENDANT TO CRACK AS OPPOSED TO ANOTHER FORM OF COCAINE*

(a). Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

IT WAS ERROR FOR THE COURT TO SENTENCE DEFENDANT TO CRACK COCAINE AS OPPOSED TO ANOTHER FORM OF COCAINE WHEN THERE WAS NO PROOF "BEYOND A REASONABLE DOUBT" THAT THE DEFENDANT POSSESSED A CRACK FORM OF COCAINE. THE CHEMIST REPORTS AND TESTIMONY AT TRIAL CONCLUDED NO MORE THAN COCAINE BASE. THE INFORMANT TESTIFIED THAT IN HIS OPINION YOU HAVE TO SMOKE IT TO BE 100% IT'S CRACK AND THAT HE DIDN'T SMOKE THIS. THE CHEMIST FOR THE DEFENDANT FURNISHED REPORTS THAT BASED ON THE LIMITED TEST THE GOVERNMENTS CHEMIST PERFORMED IT CAN ONLY BE CONCLUDED THAT THERE IS A PRESENCE OF COCAINE. THE DRUGS HAD BEEN DESTROYED SO THEY WEREN'T PHYSICALLY PRESENT AT TRIAL NOR WERE THERE ANY PICTURES.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ATTORNEY HANNAH GARST FILED AN ANDERS BRIEF.

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: DEFENDANT WAS DENIED THE RIGHT TO A MEANINGFUL APPEAL BASED ON A COMPLETE TRANSCRIPT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE TRANSCRIPTS WERE SO ALTERED, REARRANGED, CHANGED, AND CONTAINED SUBSTANTIAL AND SIGNIFICANT OMISSIONS THAT THE APPELLATE ATTORNEY IMMEDIATELY FILED AN ANDERS BRIEF BELIEVING THAT THESE TRANSCRIPTS FULLY REPRESENTED TRIAL AND SENTENCING. THIS INCLUDES QUOTING THE COURT FOR QUESTIONS HE NEVER ASKED WITNESSESS.

FOR SOME OF THE SIGNIFICANT CHANGES REFER TO THE MEMORANDUM OF LAW, GROUND FOUR

_____

_____

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not: _____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND FIVE: THE COURT ERRED IN THE DENIAL OF THE DEFENDANTS MOTION TO SUPPRESS

(a). Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE COURT DENIED THE MOTION TO SUPPRESS AND FRANKS HEARING AND INSTEAD TOOK THE ROLE OF A MIND-READER TO STATE THAT THE OFFICERS DID NOT CREATE A NEXUS BETWEEN THE ALLEGED CRIME AND THE PLACE TO BE SEARCHED EXCEPT "APPARANTLY AN UNSTATED ASSUMPTION" NOT ONLY WERE THE OFFICERS DELIBERATLY UNTRUTHFUL IN STATING THAT THEY SEEN DEFENDANT LEAVE THE RESIDENCE BEFORE A SALE BUT THE COURT REFUSED TO HOLD A HEARING TO MAKE THIS DETERMINATION INSTEAD RESORTING TO AN INFERENCE OF THE OFFICERS MIND-STATE WHEN THE ONLY PROBABILITY BETWEEN THE CRIME AND THE RESIDENCE WAS A BLATANT DISHONESTY EVEN REFUSING TO CONSIDER THAT THE DEFENDANT HAD WITNESSESS PLACING HIM ELSEWHERE.

(b). Direct Appeal of Ground FIVE:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: ATTORNEY HANNAH GARST FILED AN ANDERS BRIEF.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2). If your answer to Question (c)(1). is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☐　No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

GROUND ~~TWO~~ **SIX**: _TRIAL ATTORNEY JERRY SERRITELLA WAS INEFFECTIVE_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_ATTORNEY SERRITELLA WAS INEFFECTIVE FOR :_

　　_FAILING TO INVESTIGATE AND PREPARE_

　　_FAILING TO INTERVIEW_

　　_PROVIDING ERRONEOUS ADVICE TO INDUCE ACCEPTANCE OF A PLEA_

　　_FAILING TO OBJECT_

　　_INADEQUATE FINAL ARGUMENT_

　　_NO SENTENCING ASSISTANCE_

(b) Direct Appeal of Ground **SIX**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☐  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _ATTORNEY HANNAH_
_GARST FILED AN ANDERS BRIEF_

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐  No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐  No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☐  No ☒

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND SEVEN: *APPELLATE ATTORNEY HANNAH GARST WAS INEFFECTIVE*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*ATTORNEY GARST WAS INEFFECTIVE FOR FAILING TO SECURE A COMPLETE TRANSCRIPT ON APPEAL, NOT RAISING A FORGONE UPON WHICH A NEW TRIAL COULD HAVE BEEN OBTAINED, AND NOT INVESTIGATING AND RAISING DEFENDANTS 851 ISSUES AS TO GOVERNMENT USING IMPROPER CONVICTIONS.*

_____

_____

_____

_____

(b) Direct Appeal of Ground SEVEN:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑
(2) If you did not raise this issue in your direct appeal, explain why: *ATTORNEY HANNAH GARST FILED AN ANDERS BRIEF*

_____

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____
Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

GROUND **EIGHT** ~~FOUR~~: DEFENDANT WAS SENTENCED TO AN UNJUST DISPARITY BEARING A 100:1 CRACK/POWDER RATIO

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
DEFENDANT WAS SENTENCED TO CRACK PENALTIES WITHOUT THE CONSIDERATION OF A RATIO DIFFERENT THAN 100:1 OR CONSIDERATION THAT THE COURT COULD DEPART DOWNWARD FROM THE GUIDELINES BASED ON POLICY DISAGREEMENTS OR MERE FACT THAT THE GUIDELINES ARE ONLY ADVISORY

_____

_____

(b)  Direct Appeal of Ground ~~Three~~ *EIGHT*

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: *ATTORNEY HANNAH*
*GARST FILED AN ANDERS BRIEF*

(c)  Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: KARL W BRYNING - FEDERAL PUBLIC DEFENDER
401 MAIN ST. STE. 1500  PEORIA, IL 61602

(b) At arraignment and plea: KARL BRYNING | HAROLD M JENNINGS
401 MAIN ST. STE. 1500  PEORIA, IL 61602 | 102 S. EAST ST. STE. 200 BLOOMINGTON, IL 61702-83

(c) At trial: JERRY A SERRITELLA
411 HAMILTON BLVD STE. 1600 PEORIA, IL 61602

(d) At sentencing: JERRY A. SERRITELLA
411 HAMILTON BLVD STE. 1600 PEORIA, IL 61602

(e) On appeal: _HANNAH GARST_

_4530 N. MAGNOLIA #1N  CHICAGO, IL 60640_

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _____

_____

_____

or any other relief to which movant may be entitled.



_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____

_____ (month, date, year).



Executed (signed) on _____ (date).



_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

_____


IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

* * * * *

InmateStatementCombined

Page 1 of 2

# Inmate Statement

 PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 13472026 | Current Institution: | Lee USP |
| Inmate Name: | CAFFIE, LARRY J | Housing Unit: | LEE-F-A |
| Report Date: | 05/29/2009 | Living Quarters: | F02-228U |
| Report Time: | 8:16:32 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 5/18/2009 1:41:32 PM | 14 | | | Sales | ($1.60) | | $0.45 |
| LEE | 5/18/2009 1:26:22 PM | 14 | | | Sales | ($27.95) | | $2.05 |
| LEE | 5/17/2009 11:22:25 AM | TL0517 | | | TRUL Withdrawal | ($2.00) | | $30.00 |
| LEE | 5/16/2009 12:11:54 AM | TL0516 | | | TRUL Withdrawal | ($2.00) | | $32.00 |
| LEE | 5/16/2009 11:34:22 AM | TFN0516 | | | Phone Withdrawal | ($1.00) | | $34.00 |
| LEE | 5/16/2009 5:30:48 AM | 70133501 | | | Lockbox - CD | $35.00 | | $35.00 |
| LEE | 5/13/2009 1:16:15 PM | 52 | | | Sales | ($5.42) | | $0.00 |
| LEE | 5/11/2009 6:39:33 PM | TFN0511 | | | Phone Withdrawal | ($1.00) | | $5.42 |
| LEE | 5/8/2009 3:00:30 PM | IIPP0409 | | | Payroll - IPP | $6.24 | | $6.42 |
| LEE | 5/6/2009 9:41:14 AM | 29 | | | Sales | $0.00 | | $0.18 |
| LEE | 4/24/2009 8:02:12 AM | 34 | | | Sales | ($9.95) | | $0.18 |
| LEE | 4/17/2009 5:33:15 PM | TFN0417 | | | Phone Withdrawal | ($4.00) | | $10.13 |
| LEE | 4/16/2009 8:29:40 PM | TFN0416 | | | Phone Withdrawal | ($3.00) | | $14.13 |
| LEE | 4/16/2009 8:12:32 PM | TFN0416 | | | Phone Withdrawal | ($4.00) | | $17.13 |
| LEE | 4/15/2009 9:43:46 AM | 34 | | | Sales | ($50.15) | | $21.13 |
| LEE | 4/14/2009 11:16:34 AM | TFN0414 | | | Phone Withdrawal | ($4.00) | | $71.28 |
| LEE | 4/13/2009 9:14:28 PM | 33313909 | | | Western Union | $75.00 | | $75.28 |
| LEE | 3/10/2009 8:11:42 PM | TFN0310 | | | Phone Withdrawal | ($5.00) | | $0.28 |
| LEE | 3/10/2009 10:29:44 AM | IIIS7012 | | | FRP Quarterly Pymt | $0.00 | | $5.28 |
| LEE | 3/10/2009 10:14:56 AM | IIPP0209 | | | Payroll - IPP | $4.80 | | $5.28 |
| LEE | 3/6/2009 9:02:57 AM | TFN0306 | | | Phone Withdrawal | ($7.00) | | $0.48 |
| LEE | 3/6/2009 8:46:24 AM | 19 | | | Sales | ($7.75) | | $7.48 |
| LEE | 3/3/2009 10:51:04 AM | | 1557 | | Subscriptions | ($12.00) | | $15.23 |
| LEE | 3/2/2009 1:43:22 PM | 10 | | | Sales | ($51.90) | | $27.23 |
| LEE | 2/23/2009 1:07:21 PM | 9 | | | Sales | ($70.87) | | $79.13 |
| LEE | 2/23/2009 5:34:37 AM | 70127503 | | | Lockbox - CD | $50.00 | | $150.00 |
| LEE | 2/21/2009 5:44:14 AM | 70127501 | | | Lockbox - CD | $100.00 | | $100.00 |
| LEE | 2/19/2009 7:22:56 PM | 84 | | | Sales | ($67.86) | | $0.00 |
| LEE | 2/18/2009 1:26:40 PM | 19 | | | Sales | $0.00 | | $67.86 |
| LEE | 2/10/2009 12:10:10 PM | IIPP0109 | | | Payroll - IPP | $39.73 | | $67.86 |
| LEE | 2/10/2009 9:41:47 AM | | 1170 | | Gift | ($30.97) | | $28.13 |
| LEE | 2/9/2009 12:54:28 PM | 6 | | | Sales | ($72.50) | | $59.10 |
| LEE | 2/6/2009 9:11:18 PM | 27 | | | Sales | ($24.30) | | $131.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LEE | 2/6/2009 5:42:29 AM | 70126501 | | Lockbox - CD | $120.00 | $155.90 |
| LEE | 1/26/2009 12:46:476 PM | | | Sales | ($64.10) | $35.90 |
| LEE | 1/26/2009 5:31:11 AM | 70125603 | | Lockbox - CD | $100.00 | $100.00 |
| LEE | 1/23/2009 10:36:45 AM | | 1035 | Legal Fees | ($2.00) | $0.00 |
| LEE | 1/23/2009 10:36:45 AM | | 1034 | Legal Fees | ($2.00) | $2.00 |
| LEE | 1/12/2009 1:38:28 PM | 18 | | Sales | ($5.60) | $4.00 |
| LEE | 1/9/2009 1:34:03 PM | IIPP1208 | | Payroll - IPP | $9.60 | $9.60 |
| LEE | 12/30/2008 7:29:13 PM | 50 | | Sales | ($9.03) | $0.00 |
| LEE | 12/30/2008 10:36:14 AM | IJV00014 | | Phone Rev With Admin | $8.77 | $9.03 |
| LEE | 12/17/2008 1:04:476 PM | | | Sales | ($9.69) | $0.26 |
| LEE | 12/10/2008 12:53:09 PM | 48 | | Sales | ($20.05) | $9.95 |
| LEE | 12/9/2008 2:53:29 PM | IIPP1108 | | Payroll - IPP | $13.44 | $30.00 |
| LEE | 12/9/2008 7:59:10 AM | 7 | | Sales | ($58.60) | $16.56 |
| LEE | 12/5/2008 5:33:15 AM | 70122301 | | Lockbox - CD | $50.00 | $75.16 |
| LEE | 12/5/2008 5:33:09 AM | 70122301 | | Lockbox - CD | $25.00 | $25.16 |
| LEE | 11/21/2008 11:37:10 AM | TFN1121 | | Phone Withdrawal | ($25.00) | $0.16 |
| LEE | 11/21/2008 11:11:13 AM | 33303809 | | Western Union | $25.00 | $25.16 |

1 2

**Total Transactions: 63**

|  | Totals: | $0.45 | $0.00 |
|---|---|---|---|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | $0.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.45 |
| **Totals:** | **$0.45** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.45** |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $628.81 | $628.52 | $17.28 | $35.00 | $3.40 | N/A | N/A |